■ DOMENICA CURRERI, as a Shareholder of, and Suing in the Right of, AVANTI REALTY CORP., Respondent, v VITO R. VERNI et al., Appellants, et al., Defendant.—Appeal by the defendants Vito R. Verni and Rita Coppolecchia from so much of an order of the Supreme Court, Westchester County (Nastasi, J.), entered February 16, 1989, as denied their motion to dismiss the amended complaint insofar as it is asserted against them.

Ordered that the order is affirmed insofar as appealed from, with costs, for reasons stated by Justice Nastasi at the Supreme Court. Mangano, J. P., Thompson, Kunzeman and Rubin, JJ., concur.